IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:08-CR-00058 OWW |
| Plaintiff, | |
| vs. | ORDER |
| JENNIFER LYNN THURMAN, | |
| Defendant. | |

Based on the Application submitted herewith, a Writ of Habeas Corpus Ad Prosequendum shall be issued to secure the appearance of JENNIFER LYNN THURMAN on March 29, 2011 at 8:30 a.m., in the Tulare County Superior Court, Visalia Division.

The arrangements for transportation are to be made between the United States Marshal's Office and the Tulare County Sheriff's Office. IT IS SO ORDERED.

Dated:    March 14, 2011                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1

**ORDER**